IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CV-196-F

| | | |
|---|---|---|
| MIA ALFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHELE M. LEONHART AND SUSAN | ) | |
| T. GRUNDMAN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on Defendants' motion to seal Administrative Record. For good cause having been shown, it is hereby

ORDERED that the Administrative Record filed in this matter be SEALED.

SO ORDERED this __26__ day of _January_ , 2016.

_James C. Fox_
JAMES C. FOX
Senior United States district Judge